AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Shelene Jean-Louis, Judes Petit-Frere, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Clear Springs Farming, LLC, Florida Gold Citrus, Inc., Jack Green, Jr., and Howard Leasing, Inc. <br><br> *Defendant(s)* | Civil Action No. 8:13 CV 3084 T 30AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Clear Springs Farming, LLC
c/o Amy Pomeroy, Registered Agent
6105 Spirit Lake Road
Winter Haven, FL 33880

*[RECEIVED 2013 DEC -6 PM 3:45 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA]*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Bradley P. Rothman, Esq.
Weldon & Rothman, PL
7935 Airport-Pulling Rd. N., Ste. 205
Naples, FL 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC - 6 2013

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Shelene Jean-Louis, Judes Petit-Frere, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Clear Springs Farming, LLC, Florida Gold Citrus, Inc., Jack Green, Jr., and Howard Leasing, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 8:13CV3084 30AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Florida Gold Citrus, Inc.
c/o Jack Green, Jr., Registered Agent
511 Laurel Ln.
Lakeland, FL 33813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Bradley P. Rothman, Esq.
Weldon & Rothman, PL
7935 Airport-Pulling Rd. N., Ste. 205
Naples, FL 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC - 6 2013

Signature of Clerk or Deputy Clerk

[RECEIVED 2013 DEC -6 PM 3: 45 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA]

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Shelene Jean-Louis, Judes Petit-Frere, on behalf of themselves and others similarly situated <br><br> *Plaintiff(s)* <br> v. <br> Clear Springs Farming, LLC, Florida Gold Citrus, Inc., Jack Green, Jr., and Howard Leasing, Inc. <br><br> *Defendant(s)* | Civil Action No. 8:13 cv 3084 T 30 AEP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Jack Green, Jr.
511 Laurel Ln.
Lakeland, FL 33813

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bradley P. Rothman, Esq.
Weldon & Rothman, PL
7935 Airport-Pulling Rd. N., Ste. 205
Naples, FL 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 6 2013

*Signature of Clerk or Deputy Clerk*

*[Stamp: RECEIVED 2013 DEC -6 PM 3:45 CLERK US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA TAMPA FLORIDA]*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Shelene Jean-Louis, Judes Petit-Frere, on behalf of themselves and others similarly situated )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 8:13CV3084 T30AEP
)
Clear Springs Farming, LLC, Florida Gold Citrus, )
Inc., Jack Green, Jr., and Howard Leasing, Inc. )
)
)
_____ )
Defendant(s) )

2013 DEC -6 PM 3:45
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA FLORIDA
RECEIVED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Howard Leasing, Inc.
c/o Charles P. Howard, Registered Agent
6302 Manatee Ave. West
Bradenton, FL 34209

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Bradley P. Rothman, Esq.
Weldon & Rothman, PL
7935 Airport-Pulling Rd. N., Ste. 205
Naples, FL 34109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC - 6 2013 _____
Signature of Clerk or Deputy Clerk