UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELENE JEAN-LOUIS and JUDES
PETIT-FRERE, on behalf of themselves and
others similarly situated,

    Plaintiffs,

v.                                                             Case No. 8:13-cv-3084-T-30AEP

CLEAR SPRINGS FARMING, LLC,
FLORIDA GOLD CITRUS, INC., JACK
GREEN, JR., HOWARD LEASING , INC.,
and HOWARD LEASING III, INC.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants Howard Leasing, Inc.'s and Howard Leasing III, Inc.'s Motion to Tax Costs (Dkt. 108). The Court, having reviewed the motion and attached affidavit of itemized bill of costs, concludes that the requested costs are reasonable and recoverable under 28 U.S.C. § 1920.

The Howard Leasing Defendants seek costs in the amount of $2,520.90. All of the costs are recoverable under 28 U.S.C. § 1920. The motion indicates that Plaintiff opposes only the copy costs in the amount of $706.30. But copy costs associated with discovery and the overall litigation are part of the recoverable costs under section 1920. *See U.S. E.E.O.C. v. W&O, Inc.*, 213 F.3d 600, 623 (11th Cir. 2000) ("'Copies attributable to discovery' are a category of copies recoverable under § 1920(4)"); *Torres v. City of Orlando*, 264 F. Supp.

2d 1046 (M.D. Fla. 2003) (same).  The parties engaged in extensive discovery and copies of documents were necessary for discovery productions, depositions, and Howard Leasing Defendants' motion for summary judgment.  The copies were reasonably incurred in the course of this litigation.

It is therefore ORDERED AND ADJUDGED that:

1. Defendants Howard Leasing, Inc.'s and Howard Leasing III, Inc.'s Motion to Tax Costs (Dkt. 108) is granted.

2. The Clerk of Court is directed to enter a **final judgment** in the amount of **$2,520.90** in favor of Defendants Howard Leasing, Inc. and Howard Leasing III, Inc. and against Plaintiffs for taxable costs.

**DONE** and **ORDERED** in Tampa, Florida on May 29, 2015.

/s/ James S. Moody, Jr.
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-3084.mtcosts-grant-108.wpd