**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

SHELENE JEAN-LOUIS and
JUDES PETIT-FRERE,

    Plaintiffs,

v.                                                       Case No: 8:13-cv-3084-T-30AEP

CLEAR SPRINGS FARMING, LLC,
FLORIDA GOLD CITRUS, INC. and
JACK GREEN, JR.,

    Defendants.

_____

## ORDER

    **THIS CAUSE** came on for consideration upon the Report and Certification submitted by Magistrate Judge Anthony E. Porcelli (Dkt. #135). The Court notes that no party filed written objections to the Report and Certification and the time for filing such objections has elapsed.

    After careful consideration of the Report and Certification of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Certification should be adopted, confirmed, and approved in all respects.

    **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1. The Report and Certification (Dkt. #135) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendants' request for sanctions is GRANTED to the extent that this Court holds SALVADOR GRAJEDA in contempt of Court.

3. The Clerk of Court is directed to issue an Arrest Warrant for Salvador Grajeda. Mr. Grajeda shall be incarcerated until he purges himself of contempt by complying with the Court's prior Orders by submitting to deposition and complying with outstanding discovery requests.

**DONE** and **ORDERED** in Tampa, Florida, this 8th day of September, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record
United States Marshal

S:\Even\2013\13-cv-3084 adopt 135.docx