**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**SHELENE JEAN-LOUIS and JUDES
PETIT-FRERE, on behalf of themselves and
others similarly situated,**

    **Plaintiffs,**

v.                                                             Case No.  8:13-cv-3084-T-30AEP

**CLEAR SPRINGS FARMING, LLC,
FLORIDA GOLD CITRUS, INC., JACK
GREEN, JR., HOWARD LEASING , INC.,
and HOWARD LEASING III, INC.,**

    **Defendants.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Defendants' Motion in Limine to Exclude Plaintiffs' Witness Salvador Grajeda and Certain Evidence (Dkt. 143) and Plaintiffs' Response in Opposition (Dkt. 148).  On October 7, 2015, the Court held a hearing on Defendants' Motion and heard argument from counsel.

    For the reasons stated on the record, it is **ORDERED and ADJUDGED** as follows:

1.     The Declaration of Salvador Grajeda (Dkt. 94-1) is stricken.

2.     Defendants are provided another opportunity to file a motion for summary judgment - any motion shall be filed within twenty (20) days of this Order.

3. The Pre-Trial Conference scheduled on Monday, October 19, 2015, is cancelled.

4. The Court will continue the Pre-Trial Conference and Trial by separate notice after it rules on Defendants' motion for summary judgment.

5. The Court permits the parties to reschedule the mediation scheduled on October 14, 2015.

6. Defendants' Motion in Limine to Exclude Plaintiffs' Witness Salvador Grajeda and Certain Evidence (Dkt. 143) is denied as moot and without prejudice to file another motion in limine at the appropriate time.

**DONE** and **ORDERED** in Tampa, Florida on October 7, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-3084.MIL-hearing.wpd