**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SHELENE JEAN-LOUIS and JUDES**
**PETIT-FRERE, on behalf of themselves and**
**others similarly situated,**

    **Plaintiffs,**

v.	Case No. 8:13-cv-3084-T-30AEP

**CLEAR SPRINGS FARMING, LLC,**
**FLORIDA GOLD CITRUS, INC., JACK**
**GREEN, JR., HOWARD LEASING , INC.,**
**and HOWARD LEASING III, INC.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendants' Motion to Strike and/or Exclude Declarations of Jean Claude Joseph and Michel Desulme (Dkt. 164) and Plaintiffs' Response in Opposition (Dkt. 166). Upon consideration of the motion, response, and being otherwise advised in the premises, the Court grants the motion only to the extent that it seeks the alternative relief of being permitted to depose Joseph and Desulme.

It is therefore **ORDERED and ADJUDGED** as follows:

1. Defendants' Motion to Strike and/or Exclude Declarations of Jean Claude Joseph and Michel Desulme (Dkt. 164) is granted to the extent that Defendants may depose Joseph and Desulme prior to the Court's ruling on Defendants'

Renewed Motion for Summary Judgment (Dkt. 153). The Motion to Strike is otherwise denied.

2. The depositions of Joseph and Desulme shall occur within sixty (60) days of this Order.

3. Defendants shall file a supplement to their Reply (Dkt. 162) within thirty (30) days of Joseph and Desulme's depositions.

4. The Court defers ruling on Defendants' Renewed Motion for Summary Judgment (Dkt. 153) until after the filing of Defendants' Supplemental Reply.

**DONE** and **ORDERED** in Tampa, Florida on December 17, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2013\13-cv-3084.mt-strike164.wpd