UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHELENE JEAN-LOUIS
JUDES PETIT-FRERE, on behalf of
themselves and others similarly
situated,

      Plaintiffs,              Case No: 8:13-cv-3084-T-30AEP

v.

CLEAR SPRINGS FARMING, LLC,
a Foreign Limited Liability
Company,
FLORIDA GOLD CITRUS, INC.,
a Florida Profit Corporation, JACK
GREEN, JR., individually,
HOWARD LEASING, INC., a
Florida Profit Corporation, and
HOWARD LEASING III, INC., a
Florida Profit Corporation,

      Defendants.

## FINAL APPROVAL ORDER AND JUDGMENT

Pursuant to the terms of the Settlement Agreement [238-1] and the Fairness Hearing held on May 2, 2017, this Court finds as follows:

1.      On January 31, 2017, the parties filed a Joint Motion to Reopen the Action for Preliminary Approval of Class Settlement and for Certification of a Settlement Class.

2.      On February 2, 2017, the Court granted preliminary approval of the Class Settlement, reopened the case, recertified the Settlement Class, reappointed Shelene Jean-

Louis as Class Representative, approved notice to the class, approved the opt-out and objection procedures, and appointed Ryan D. Barack and Bradley P. Rothman as Class Counsel. [Doc. 240].

3. On March 3, 2017, Notices were mailed to 124 class members.

4. On May 2, 2017, the Court held a Fairness Hearing and counsel for all parties appeared.

5. No class members appeared at the Fairness Hearing, no class members excluded themselves from the settlement, and no class members objected to the settlement.

6. One individual, Joanna Rosier, has self-identified as a class member and the parties have agreed to include her in the class settlement.

7. The total costs for the administration of the Settlement are estimated to be $9,800.

8. The Court has previously approved an award of attorneys' fees and costs in the amount of $132,146.38 to be paid from the Common Fund. [Doc. 250].

9. The Class Settlement is reasonable and fair.

For these reasons, it is hereby ORDERED and ADJUDGED that:

(1) The Court grants final approval of the Class Settlement.

(2) The settlement administration fee of $9,800 is approved and shall be paid from the Common Fund.

(3) Joanna Rosier shall be included in the Settlement Class.

(4) This action is dismissed with prejudice, with each party bearing its own attorney's fees and costs except as otherwise expressly stated in the approved Settlement Agreement or as approved by this Court in this Order or prior Orders.

(5) The Clerk is directed to close this case.

DONE and ORDERED in Tampa, Florida on May 4th, 2017.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record